Pietro Benvegna, Respondent, v. United Surety Company, Appellant.

*Benvegna* v. *United Surety Co.*, 132 App. Div. 925, affirmed.
(Argued October 5, 1909; decided November 23, 1909.)

Appeal, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 14, 1909, which reversed a judgment of

Special Term overruling a demurrer to the answer and dismissing the complaint in an action to recover upon a surety bond.

The following question was certified: "Does the plaintiff's complaint set forth facts sufficient to constitute a cause of action?"

*Edwin Blumenstiel* for appellant.

*Nelson L. Keach* for respondent.

Order affirmed, with costs; question certified answered in the affirmative on opinion in case of *Musco* v. *United Surety Co.* (196 N. Y. 459).

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.